**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:00-CR-49(1)** |
| | § | |
| **MICHAEL TERRANCE DALCO, JR.** | § | |

**MEMORANDUM ORDER ADOPTING**
**FINDINGS OF FACT AND RECOMMENDATION**

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of Defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11, the Magistrate Judge issued his *Findings of Fact and Recommendation on Plea of True* [Clerk's doc. #44]. The Magistrate Judge recommended that the Court revoke Defendant's supervised release. The parties have not filed objections to the Magistrate's recommendation. The Court is of the opinion that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation* [Clerk's doc. #44] of the United States Magistrate Judge are **ADOPTED.** Accordingly, the Court finds that Defendant, Michael Terrance Dalco, Jr., violated conditions of his supervised release. The Court therefore revokes his term of supervision.

Pursuant to the Magistrate's recommendation, the Court **ORDERS** that Defendant serve a term of seven (7) months imprisonment, with no further supervision upon release. Mr. Dalco should receive credit for time spent in federal custody on this revocation proceeding.

**SIGNED** this the **10** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge